UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENE MURPHY, AS GUARDIAN OF EDWARD PETER ZANCHETTA,

          Plaintiff,

- against -

VIRDA NETCO ESTABLISHMENT AND FLAVIO LEPORI,

          Defendants.

19-cv-5198 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The plaintiff is entitled to a default judgment against the defendant, Virda Netco Establishment. The defendant, Flavio Lepori, has been dismissed.

The matter is referred to the Magistrate Judge for a Report and Recommendation as to the appropriate judgment to be entered.

**SO ORDERED.**

Dated:    New York, New York
          December 19, 2019

                                                John G. Koeltl
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: _12-20-19_