UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LORENE MURPHY,

              Plaintiffs,      19cv5198 (JGK)

- against -                ORDER

VIRDA NETCO ESTABLISHMENT et al.

              Defendants.

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close Docket Number 21.

SO ORDERED.

Dated:    New York, New York
          December 21, 2019

                                        John G. Koeltl
                                 United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/23/19