**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**LORENE MURPHY, AS GUARDIAN OF EDWARD PETER ZANCHETTA,**

        **Plaintiff,**

    - against -

**VIRDA NETCO ESTABLISHMENT AND FLAVIO LEPORI,**

        **Defendants.**
────────────────────────────────

**19-cv-5198 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Lehrburger dated March 3, 2020. No objections have been filed and the time for filing objections has now passed. In any event, the Court finds that the Report and Recommendation are well reasoned and should be adopted.

Therefore, the Court will enter judgment in accordance with the Report and Recommendation. The plaintiff is directed to submit a proposed judgment by **April 22, 2020**. Virda Netco Establishment may submit a counter judgment by **April 27, 2020**.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 14, 2020**

                                          /s/ John G. Koeltl
                                           **John G. Koeltl**
                                 **United States District Judge**